**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | |
|---|---|
| **R.S. LOGISTICAL SOLUTIONS LTD,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 21-CV-178-DCLC-HBG** |
| | **JURY TRIAL DEMANDED** |
| **JANUS GLOBAL OPERATIONS, LLC,** **and** **CALIBURN INTERNATIONAL LLC,** | |
| **Defendants.** | |

**AGREED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

Come the Defendants, by and through undersigned counsel, and move this Honorable Court to extend the time to file a responsive pleading pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Fed. R. Civ. P. (12), until June 30, 2021.

In support of the motion, the Defendants aver as follows:

1. This action was filed by Plaintiff on May 12, 2021.

2. By agreement, the undersigned counsel accepted service on behalf of both Defendants on May 13, 2021.

3. Additional time is necessary for the Defendants to properly analyze and respond to the Complaint.

4. All parties agree that the deadline to file a responsive pleading should be extended to June 30, 2021.

Based on the foregoing, the Defendants move this Court to enter an Order extending the deadline to file a responsive pleading to June 30, 2021.

Respectfully submitted this 3rd Day of June, 2021.

By:  **JANUS GLOBAL OPERATIONS, LLC, AND CALIBURN INTERNATIONAL, LLC, DEFENDANTS**

*/s/Tasha C. Blakney*
TASHA C. BLAKNEY, BPR #019771
ELDRIDGE & BLAKNEY, P.C.
The Cherokee Building
400 W. Church Avenue, Suite 101
Knoxville, Tennessee 37902
P: (865) 544-2010
F: (865) 544-2015
tblakney@eblaw.us

*/s/Zachary R. Walden*
ZACHARY R. WALDEN, BPR #035376
ELDRIDGE & BLAKNEY, P.C.
The Cherokee Building
400 W. Church Avenue, Suite 101
Knoxville, Tennessee 37902
P: (865) 544-2010
F: (865) 544-2015
zwalden@eblaw.us