# EXHIBIT A

| | |
|---|---|
| R.S. LOGISTICAL SOLUTIONS LTD,<br><br>Plaintiff,<br><br>v.<br><br>JANUS GLOBAL OPERATIONS, LLC, and<br>CALIBURN INTERNATIONAL, LLC,<br><br>Defendants. | No. 3:21-CV-00178-DCLC-hbg |

## JANUS GLOBAL OPERATIONS LLC'S RESPONSES TO PLAINTIFF R.S. LOGISTICAL SOLUTIONS LTD'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Janus Global Operations LLC ("Janus") responds to Plaintiff's First Set of Requests for Production of Documents as follows:

## REQUESTS

**REQUEST NO. 1:** Please produce all documents and communications identified, referenced in, forming the basis of, or used in preparation of Your responses to Plaintiff's interrogatories to Caliburn.

**RESPONSE:**

As a preliminary matter, Caliburn states that its investigation into this matter is ongoing. Defendant, accordingly, reserves the right to further supplement this response as discovery

1

progresses. In the spirit of cooperation with the discovery process, please see attached documents, Bates Numbers JANCAL000001-JANCAL000153. Notwithstanding this production, to the extent this request asks for production of communications with the Department of State relating to housing and security, Defendant objects as those communications are subject to the confidentiality requirements of the agreement with the Department of State and may not be produced without the Department's consent. To the extent, this request seeks the production of confidential, proprietary information, trade secrets, and protected pricing information, Defendant objects.

**REQUEST NO. 2:** Please produce all communications between You and Department of State from January 1, 2019 to December 2020, relating or referring to the Somalia Task Order, SOC's bid protest of the Somalia Task Order award, or the MSA.

**RESPONSE:** Objection. This Request is overly broad and unduly burdensome. This Request seeks information well outside the scope of proper discovery by seeking information outside the time period and subject matter relevant to the allegations in the Complaint and is not permitted by Fed. R. Civ. P. 26(b)(1). Further, communications with the Department of State relating to housing and security are subject to the confidentiality requirements of the agreement with the Department of State and may not be produced without the Department's consent.

**REQUEST NO. 3:** Please produce all communications between You and the Department of State relating or referring to the secured housing requirements of the Somalia Task Order, including all communications with the Regional Security Officer, Overseas Protective Operations, the U.S. Ambassador to Somalia, or any contracting official.

**RESPONSE:** Objection. See Response No. 2.

**REQUEST NO. 4:** Please produce all communications relating or referring to Somalia between You and Bancroft from January 1, 2019 to December 2020.

**RESPONSE:** See attached documents, Bates Numbered JANCAL000074-JANCAL000130

2

**REQUEST NO. 5:** Please produce all communications relating or referring to Somalia between You and SOC from January 2019 to December 2020.

**RESPONSE:** Objection. This Request is overly broad and unduly burdensome. This Request seeks information well outside the scope of proper discovery by seeking information outside the time period and subject matter relevant to the allegations in the Complaint and is not permitted by Fed. R. Civ. P. 26(b)(1).

**REQUEST NO. 6:** Please produce all communications relating or referring to Somalia between You and SKA from January 2019 to December 2020.

**RESPONSE:** See attached documents, Bates Numbered JANCAL000001-000019.

**REQUEST NO. 7:** Please produce all documents and communications relating or referring to Somalia generated or received by Tom Heasley between September 2019 and the conclusion of Heasley's employment at Caliburn in 2020.

**RESPONSE:** This Request is overly broad and unduly burdensome. This Request seeks information well outside the scope of proper discovery by seeking information outside the time period and subject matter relevant to the allegations in the Complaint and is not permitted by Fed. R. Civ. P. 26(b)(1).

**REQUEST NO. 8:** Please produce all documents and communications relating or referring to Tom Heasley's work travel involving Somalia between September 2019 and the conclusion of his employment at Caliburn in 2020.

3

**RESPONSE:** This Request is overly broad and unduly burdensome. This Request seeks information well outside the scope of proper discovery by seeking information outside the time period and subject matter relevant to the allegations in the Complaint and is not permitted by Fed. R. Civ. P. 26(b)(1).

**REQUEST NO. 9:** Please produce all documents and communications relating or referring to Somalia generated or received by Randy Leonard between January 2019 to December 2020.

**RESPONSE:** This Request is overly broad and unduly burdensome. This Request seeks information well outside the scope of proper discovery by seeking information outside the time period and subject matter relevant to the allegations in the Complaint and is not permitted by Fed. R. Civ. P. 26(b)(1).

**REQUEST NO. 10:** Please produce all documents and communications relating or referring to Randy Leonard's work travel involving Somalia between September 2019 to December 2020.

**RESPONSE:** This Request is overly broad and unduly burdensome. This Request seeks information well outside the scope of proper discovery by seeking information outside the time period and subject matter relevant to the allegations in the Complaint and is not permitted by Fed. R. Civ. P. 26(b)(1).

**REQUEST NO. 11:** Please produce all documents and communications relating or referring to a potential or actual decision by the Department of State to change the secured housing requirements of the Somalia Task Order, and any directive indicating that such a change was required.

**RESPONSE:**
Objection. Communications with the Department of State relating to housing and security are subject to the confidentiality requirements of the agreement with the Department of State and

4

footer

may not be produced without the Department's consent. Further, this request seeks the production of confidential, proprietary information, trade secrets, and protected pricing information. Subject to and notwithstanding the objection, see documents, Bates Numbers JANCAL000001-000153.

**REQUEST NO. 12:** Please produce all documents and communications relating or referring to the actual expenditures to provide secured housing and the other services described in the MSA's Scope of Work under the Somalia Task Order from January 2019 to December 2020.

**RESPONSE:** This Request is overly broad and unduly burdensome. Further, this Request is vague because "actual expenditures" is undefined. This Request seeks information well outside the scope of proper discovery by seeking information outside the time period and subject matter relevant to the allegations in the Complaint and is not permitted by Fed. R. Civ. P. 26(b)(1).

**REQUEST NO. 13:** Please produce all reports, internal reviews, audits, or analyses relating or referring to any assessment of Your or JGO's performance under the Somalia Task Order from January 2020 to December 2020.

**RESPONSE:** No such documents are in possession of this Defendant.

**REQUEST NO. 14:** Please produce a copy of every notice of termination for convenience issued by You or on Your behalf to any subcontractor or vendor from January 2017 to the present. Such copies may be redacted insofar as is reasonably necessary to protect the privacy of third-parties.

**RESPONSE:** This Request is overly broad and unduly burdensome. This Request seeks information well outside the scope of proper discovery by seeking information outside the time period and subject matter relevant to the allegations in the Complaint and is not permitted by Fed. R. Civ. P. 26(b)(1).

5

**REQUEST NO. 15:** Please produce a copy of every notice of termination for convenience received by You from any Caliburn or JGO client from January 2017 to the present. Such copies may be redacted insofar as is reasonably necessary to protect the privacy of third-parties.

**RESPONSE:** This Request is overly broad and unduly burdensome. This Request seeks information well outside the scope of proper discovery by seeking information outside the time period and subject matter relevant to the allegations in the Complaint and is not permitted by Fed. R. Civ. P. 26(b)(1).

**REQUEST NO. 16:** Please produce all documents and communications in Your possession relating or referring to Tom Heasley's activities involving Somalia.

**RESPONSE:** This Request is overly broad and unduly burdensome. Further, this Request is vague because "activities" is undefined. This Request seeks information well outside the scope of proper discovery by seeking information outside the time period and subject matter relevant to the allegations in the Complaint and is not permitted by Fed. R. Civ. P. 26(b)(1).

**REQUEST NO. 17:** Please produce all documents and communications relating or referring to the allegations and claims in Plaintiff's Complaint.

**RESPONSE:** This Request is overly broad and unduly burdensome. Without waiving this objection, please see Response No. 1.

Respectfully submitted this 15th day of October 2021.

6

By: **JANUS GLOBAL OPERATIONS LLC, DEFENDANT**

TASHA C. BLAKNEY, BPR #019771
ZACHARY R. WALDEN, BPR #035376
ELDRIDGE & BLAKNEY, P.C.
The Cherokee Building
400 W. Church Avenue, Suite 101
Knoxville, Tennessee 37902
P: (865) 544-2010
F: (865) 544-2015
tblakney@eblaw.us

7

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon the Plaintiff by a copy of same via email and United States Mail, postage prepaid, to its destination as follows:

Kimberly P. West
Ashcroft Law Firm, LLC
200 State Street, 7th Floor
Boston, MA 02109
kwest@ashcroftlawfirm.com

Lawrence Laurenzi
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
llaurenzi@bpjlaw.com

Counsel for Plaintiff

This 15th day of October 2021.

TASHA C. BLAKNEY

8