| From: | Randy Leonard |
|---|---|
| Sent: | Friday, March 13, 2020 12:54 AM |
| To: | 'Randy Leonard' |
| Subject: | FW: Janus Response to Option B questions and Answers |
| Attachments: | Attachment 1.pdf; Attachment 2.pdf; Pricing - Housing Option B - Questions  Janus Response - 03.11.20 (RL).docx; OPTION B ATTACHMENT F - Pricing Table - Somalia Final R1 - JANUS.xlsx; Summary - OPTION B ATTACHMENT F - Pricing Table - Somalia Final R1 JANUS.xlsx |

V/R

Randy

**Randy Leonard, PMP**
**Director of Risk Management - Government Services**

(O)865.988.6063 x26511 | (M)571.969.8859
 U.S. - Reston, VA,
Janus Global Operations - a Caliburn Company

**From:** Lawonn, JoAnne <JoAnne.Lawonn@janusgo.com>
**Sent:** Thursday, March 12, 2020 5:40 PM
**To:** Warnecki, Mark <mark.warnecki@sallyportglobal.com>; Thomas W. Heasley <thomas.heasley@caliburnintl.com>
**Cc:** Reynolds, Michael A <Michael.Reynolds@janusgo.com>; Randy Leonard <randy.leonard@janusgo.com>
**Subject:** FW: Janus Response to Option B questions and Answers

Mark and Tom,

Per Mike's message, please find attached for your review copies of the final document submission. The only change from this version and the last version you received is that I added the attachments – in the place holder Randy set up. Please let us know if you have any questions on this submission.

Thanks.

JoAnne

**JoAnne LawonnCPCM**
**Contracts Manager**

(O)865.988.6063 | (M)865.356.3734
 U.S. - Burnsville, MN,
Janus Global Operations - a Caliburn Company

**From:** Lawonn, JoAnne <JoAnne.Lawonn@janusgo.com>
**Sent:** Thursday, March 12, 2020 5:21 PM

1

JANCAL000051

**To:** Reynolds, Michael A <Michael.Reynolds@janusgo.com>
**Subject:** FW: Janus Response to Option B questions and Answers

Mike,

I added the name of the attachments into Randy's write up and did not have any other edits to it. Please note – I did not rename Randy's file. Let me know if you need anything from me on it. I would like to send it into DOS tomorrow by their due date if we are able to.

I am glad that you are back home again. Have a nice evening.

JoAnne

**JoAnne LawonnCPCM**
**Contracts Manager**

(O)865.988.6063 | (M)865.356.3734
 U.S. - Burnsville, MN,
Janus Global Operations - a Caliburn Company

**From:** Warnecki, Mark <Mark.Warnecki@sallyportglobal.com>
**Sent:** Thursday, March 12, 2020 5:08 PM
**To:** Reynolds, Michael A <Michael.Reynolds@janusgo.com>; Thomas W. Heasley <thomas.heasley@caliburnintl.com>; Lawonn, JoAnne <joanne.lawonn@caliburnintl.com>
**Subject:** Fwd: Janus Response to Option B questions and Answers

I am on business travel and won't be able to review until later. Please note Joanne is making some edits.

Joanne- please forward your edits to mike r. To ensure version control.

Tom- is there a plan to brief this up prior to submission? We may want to request an extension to Monday to insure reviews are completed

Sent from my iPhone



**MarkWarnecki**
VP Contracts

Mark.Warnecki@caliburnintl.com
O: +1 571.353.2815 | M: +1 571.287.0951
10701 Parkridge Blvd,Reston,VA20191
Sallyport Global

This email may contain information that is confidential or otherwise protected by law. If you are not the intended recipient, note that any unauthorized disclosure, copying, distribution, use of, or reliance on this information is prohibited. If you have received this email in error, please notify me immediately by reply email, and delete the email and any attachments from your systems
Begin forwarded message:

> **From:** "Lawonn, JoAnne" <JoAnne.Lawonn@janusgo.com>
> **Date:** March 12, 2020 at 4:06:34 PM EDT
> **To:** "Warnecki, Mark" <mark.warnecki@sallyportglobal.com>
> **Subject: RE: Janus Response to Option B questions and Answers**
>
> Mark,

JANCAL000052

I see that the exhibit names are missing from this version. I just need to take the 2 documents and put the name of each file in the 2 highlighted areas. The narrative is pretty complete but always nice to have another set of eyes to review it.

Thanks.

JoAnne

**JoAnne LawonnCPCM**
**Contracts Manager**

(O)865.988.6063 | (M)865.356.3734
U.S. - Burnsville, MN,
Janus Global Operations - a Caliburn Company

**From:** Warnecki, Mark <Mark.Warnecki@sallyportglobal.com>
**Sent:** Thursday, March 12, 2020 3:49 PM
**To:** Lawonn, JoAnne <joanne.lawonn@caliburnintl.com>
**Subject:** Fwd: Janus Response to Option B questions and Answers

Joanne-

Have you reviewed this?

Sent from my iPhone



**MarkWarnecki**
VP Contracts

Mark.Warnecki@caliburnintl.com
O: +1 571.353.2815 | M: +1 571.287.0951
10701 Parkridge Blvd, Reston, VA 20191
Sallyport Global

This email may contain information that is confidential or otherwise protected by law. If you are not the intended recipient, note that any unauthorized disclosure, copying, distribution, use of, or reliance on this information is prohibited. If you have received this email in error, please notify me immediately by reply email, and delete the email and any attachments from your systems
Begin forwarded message:

> **From:** "Reynolds, Michael A" <Michael.Reynolds@janusgo.com>
> **To:** "Thomas W. Heasley" <thomas.heasley@caliburnintl.com>, "Warnecki, Mark"
> <Mark.Warnecki@sallyportglobal.com>
> **Cc:** "Leonard, Randy" <randy.leonard@janusgo.com>
> **Subject: FW: Janus Response to Option B questions and Answers**
>
> Tom and Mark,
> The attachments contain the questions, responses and supporting documents for the government request. The deliverable is due back to the government on March, 13 2020 at 11:00am. Sorry for the quick turnaround, but the team just completed same.
>
> Thanks,
>
> Michael Reynolds
> Program Manager-Risk Management

3

JANCAL000053

Government Services
Janus Global Operations- a Caliburn Company

Michael.Reynolds@Janusgo.com
O:865-988-6063 / M: 919-500-3378
10701 Parkridge Blvd #200, Reston VA 20191


**Michael Reynolds**



(O)865.988.6063 | (M)919.500.3378
10701 Parkridge Blvd #200 Reston, VA 20191
Janus Global Operations - a Caliburn Company


**From:** Lawonn, JoAnne <JoAnne.Lawonn@janusgo.com>
**Sent:** Thursday, March 12, 2020 2:10 PM
**To:** Reynolds, Michael A <Michael.Reynolds@janusgo.com>
**Cc:** Randy Leonard <randy.leonard@janusgo.com>; Phillips, Michael <michael.phillips@sallyportglobal.com>
**Subject:** FW: Janus Response to Option B questions and Answers
**Importance:** High

Mike,

I split the Ocean Properties up between Guard and Movement. Please use either this version or the one Mike Phillips just sent. Sorry it has taken me so long to get these to you. As far as the name of the file – please add whether name you would like to use to Randy's narrative.

Thanks.

JoAnne


**JoAnne LawonnCPCM**
**Contracts Manager**
(O)865.988.6063 | (M)865.356.3734
 U.S. - Burnsville, MN,
Janus Global Operations - a Caliburn Company


**From:** Randy Leonard <randy.leonard@janusgo.com>
**Sent:** Thursday, March 12, 2020 9:26 AM
**To:** Reynolds, Michael A <Michael.Reynolds@janusgo.com>; Lawonn, JoAnne <JoAnne.Lawonn@janusgo.com>
**Cc:** Courtney, Kim <Kim.Courtney@janusgo.com>
**Subject:** Janus Response to Option B questions and Answers

Mike and JoAnne,

4

JANCAL000054

Please see the attached response to DOS Option B questions. All Pricing has been updated per our answers. JoAnne please provide the Latest Indian Ocean Properties proposal and Please fill in yellow Highlighted areas with titles of the attached. Thanks

V/R

Randy

**Randy Leonard, PMP**
**Director of Risk Management - Government Services**

(O)865.988.6063 x26511 | (M)571.969.8859
U.S. - Reston, VA,
Janus Global Operations - a Caliburn Company

**From:** Courtney, Kim <Kim.Courtney@janusgo.com>
**Sent:** Thursday, March 12, 2020 8:55 AM
**To:** Randy Leonard <randy.leonard@janusgo.com>
**Subject:** RE: option B

Randy – see attached. Please note the credit is now $12,040 versus $12,039. It's a rounding thing.

**Kim Courtney, CPO**
**Senior Project Control Analyst**

(O)865.988.6063 x24303 | (M)865.816.0523
2265 Old Highway 95 Lenoir City, TN 37771
Janus Global Operations - a Caliburn Company

**From:** Randy Leonard <randy.leonard@janusgo.com>
**Sent:** Thursday, March 12, 2020 8:26 AM
**To:** Courtney, Kim <Kim.Courtney@janusgo.com>
**Subject:** FW: option B

V/R

Randy

**Randy Leonard, PMP**
**Director of Risk Management - Government Services**

(O)865.988.6063 x26511 | (M)571.969.8859
U.S. - Reston, VA,
Janus Global Operations - a Caliburn Company

JANCAL000055

**From:** Randy Leonard <randy.leonard@janusgo.com>
**Sent:** Thursday, March 12, 2020 8:01 AM
**To:** 'Randy Leonard' <randy.w.leonard@gmail.com>
**Subject:** option B

V/R

Randy

**Randy Leonard, PMP**
**Director of Risk Management - Government Services**

(O)865.988.6063 x26511 | (M)571.969.8859
 U.S. - Reston, VA,
Janus Global Operations - a Caliburn Company

JANCAL000056