# ELDRIDGE & BLAKNEY, P.C.
Attorneys at Law

David M. Eldridge†

Tasha C. Blakney*

Zachary R. Walden

The Cherokee Building
400 West Church Avenue, Suite 101
Knoxville, TN 37902
• • •
www.eblaw.us

tel: (865) 544-2010
fax: (865) 544-2015
P.O. Box 398
Knoxville, TN 37901

September 7, 2022

Hon. Jill McCook
800 Market Street, Suite 142
Knoxville TN 37902

      RE:   R.S. LOGISTICAL SOLUTIONS LTD v. JANUS GLOBAL OPERATIONS, LLC, AND CALIBURN INTERNATIONAL, LLC
            UNITED STATES DISTRICT COURT NO. 3:21-CV-178

Dear Judge McCook:

    This letter is sent jointly on behalf of the parties in the above-referenced litigation to provide the Court with an update on the activities of the parties since the entry of the Court's August 26, 2022 Memorandum and Order [Doc 65] on the Motion to Compel and Motion for Protective Order (the "August 26 Order").

    The parties recently agreed to participate in a private mediation which is scheduled for September 15, 2022. In order to focus their efforts on the upcoming mediation, the parties have agreed to certain slight adjustments to the Court's timetable for production as articulated in the August 26 Order. In the interim, the parties have continued to meet and confer in accordance with the timelines contemplated by the August 26 Order and have further submitted the agreed Protective Order for entry in a timely manner and as directed in that Order. In the event the mediation is not successful, the parties will continue to move forward with the discovery process in a timely and collaborative manner.

With best regards,

ELDRIDGE & BLAKNEY, P.C.

TASHA C. BLAKNEY

TCB/alw

†Certified in Criminal Trial Advocacy by the National Board of Trial Advocacy
*Rule 31 Listed General Civil Mediator

CC:
Alex E. Hassid, Esq.
Kimberly P. West, Esq.
Lawrence Laurenzi, Esq.
Nathan P. Brennan, Esq.