UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| R.S. LOGISTICAL SOLUTIONS LTD, <br><br> Plaintiff, <br><br> v. <br><br> JANUS GLOBAL OPERATIONS, LLC, <br> and <br> CALIBURN INTERNATIONAL, LLC, <br><br> Defendants. | Case No. 3:21-CV-178 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE OF FIRST AMENDED INITIAL DISCLOSURES OF DEFENDANT CALIBURN INTERNATIONAL, LLC

Defendant, Caliburn International, LLC, by and through counsel, provides notice to the Court that Defendant Caliburn International, LLC, served First Amended Initial Disclosures upon Plaintiff on September 26, 2022, via email and U.S. Mail.

Respectfully submitted this 26th day of September 2022.

By: **CALIBURN INTERNATIONAL, LLC, DEFENDANT**

*/s/ Tasha C. Blakney*
TASHA C. BLAKNEY, BPR #019771
ELDRIDGE & BLAKNEY, P.C.
The Cherokee Building
400 W. Church Avenue, Suite 101
Knoxville, Tennessee 37902
P: (865) 544-2010
F: (865) 544-2015
tblakney@eblaw.us

ALEX E. HASSID (admitted *pro hac vice*)
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
P: (212) 885-5000
F: (212) 885-5001
alex.hassid@blankrome.com