UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| R.S. LOGISTICAL SOLUTIONS LTD,<br><br>　　Plaintiff,<br><br>v.<br><br>JANUS GLOBAL OPERATIONS, LLC,<br>and<br>CALIBURN INTERNATIONAL, LLC,<br><br>　　Defendants. | Case No. 3:21-CV-178<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE OF FIRST AMENDED INITIAL DISCLOSURES OF DEFENDANT JANUS GLOBAL OPERATIONS, LLC

Defendant, Janus Global Operations, LLC, by and through counsel, provides notice to the Court that Defendant Janus Global Operations, LLC, served First Amended Initial Disclosures upon Plaintiff on September 26, 2022, via email and U.S. Mail.

Respectfully submitted this 26th day of September 2022.

　　　　　　　　　　　　　　　　　　By:　　JANUS GLOBAL OPERATIONS, LLC, DEFENDANT

　　　　　　　　　　　　　　　　　　　　　　*/s/ Tasha C. Blakney*
　　　　　　　　　　　　　　　　　　　　　　TASHA C. BLAKNEY, BPR #019771
　　　　　　　　　　　　　　　　　　　　　　ELDRIDGE & BLAKNEY, P.C.
　　　　　　　　　　　　　　　　　　　　　　The Cherokee Building
　　　　　　　　　　　　　　　　　　　　　　400 W. Church Avenue, Suite 101
　　　　　　　　　　　　　　　　　　　　　　Knoxville, Tennessee 37902
　　　　　　　　　　　　　　　　　　　　　　P: (865) 544-2010
　　　　　　　　　　　　　　　　　　　　　　F: (865) 544-2015
　　　　　　　　　　　　　　　　　　　　　　tblakney@eblaw.us

ALEX E. HASSID (admitted *pro hac vice*)
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
P: (212) 885-5000
F: (212) 885-5001
alex.hassid@blankrome.com