UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| R.S. LOGISTICAL SOLUTIONS, LTD,<br><br>    Plaintiff,<br><br>    v.<br><br>JANUS GLOBAL OPERATIONS, LLC, and<br>CALIBURN INTERNATIONAL, LLC,<br><br>    Defendants. | Case No. 3:21-cv-00178-DCLC-JEM |

## NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS

**PLEASE TAKE NOTICE** that pursuant to FRCP 45, Plaintiff R.S. Logistical Solutions, LTD, by and through its undersigned counsel, has requested document production from **Indian Ocean Properties, LLC**, 750 17th Street NW, Suite 11, Washington, DC 20006. The production is to be sent to the Ashcroft Law Firm, LLC, 200 State Street, 7th Floor, Boston, MA 02109 no later than October 31, 2022 at 5:00 p.m. EST.

**PLEASE TAKE FURTHER NOTICE** that the subpoena attached hereto as **Exhibit A** was served by Process Server upon the registered agent for Indian Ocean Properties, LLC and Indian Ocean Properties, LLC at their listed business address. In addition, a copy of the Stipulated Protective Order entered by the Court on September 9, 2022 (ECF No. 70) will be provided to the subpoena recipient.

1

Dated: October 14, 2022

/s/ Kimberly P. West
Kimberly West (MA #635401) *pro hac*
Michael J. Sullivan (MA #487210) *pro hac*
Nathan P. Brennan (MN #389954) *pro hac*
**ASHCROFT SULLIVAN, LLC**
200 State Street, 7th Floor
Boston, MA 02109
P: 617-573-9400
kwest@ashcroftlawfirm.com
msullivan@ashcroftlawfirm.com
nbrennan@ashcroftlawfirm.com

*Counsel for Plaintiff*

Lawrence J. Laurenzi (TN Bar # 9529)
Sarah E. Stuart (TN Bar # 35329)
**BURCH, PORTER & JOHNSON, PLLC**
130 North Court Avenue
Memphis, TN 38103
P: 901-524-5000
llaurenzi@bpjlaw.com
sstuart@bpjlaw.com

*Local Counsel for Plaintiff*

### Certificate of Service

A true and correct copy of the foregoing document has been served on counsel of record on this 14th day of October, 2022, via electronic mail.

/s/ Kimberly P. West
Kimberly P. West

2