# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| R.S. LOGISTICAL SOLUTIONS, LTD, <br><br> Plaintiff, <br><br> v. <br><br> JANUS GLOBAL OPERATIONS, LLC, and CALIBURN INTERNATIONAL, LLC, <br><br> Defendants. | Case No. 3:21-cv-00178-DCLC-JEM |

## DECLARATION OF KIMBERLY WEST

I, Kimberly West, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

I am an attorney admitted to practice before this Court and I am a Partner at the Ashcroft Law Firm, LLC, counsel for Plaintiff R.S. Logistical Services, Ltd ("RSLS") in the above-captioned case. I have personal knowledge of the facts contained in this declaration and am competent to testify as to those facts.

1. I submit this declaration in support of RSLS's motion to compel Defendants Janus Global Operations, LLC ("Janus") and Caliburn International, LLC ("Caliburn") (collectively, "Defendants") to produce documents requested by RSLS and subject to the Court's Order dated August 26, 2022, (ECF No. 65).

2. On Thursday, November 3, 2022, counsel for RSLS participated in a meet-and-confer phone call with Defendants' counsel who indicated that the relevant DOS decision-makers had yet to evaluate the Court's Order and that DOS had not provided any substantive response or

guidance regarding Defendants' production of documents, nor any timetable for providing a response or guidance. Defendants' counsel indicated that a phone call with someone from DOS was scheduled for Wednesday, November 9, 2022 to give guidance on next steps. Defendants' counsel also indicated that DOS had not expressly advised Defendants not to produce the documents. At no time during the meet-and-confer call did Defendants' counsel mention the 30-day timetable provided in the Court's Order for DOS to be heard or give any indication that Defendants would make the production ordered by the Court on August 26 without DOS's approval.

3. Despite multiple phone calls and emails exchanged with Defendants' counsel over the past 10 days, as of the date of this declaration, RSLS has absolutely no information that could serve as a starting point for even a roughly estimated possible timetable for Defendants' compliance with the Court's Order. In the absence of the Court's intervention, the actual date of Defendants' production remains a matter of sheer speculation.

Respectfully Submitted,

Dated: November 4, 2022

/s/ *Kimberly P. West*
Kimberly West (MA #635401) *pro hac*
ASHCROFT LAW FIRM
200 State Street, 7th Floor
Boston, MA 02109
P: 617-573-9400
kwest@ashcroftlawfirm.com

*Counsel for Plaintiff*