# ELDRIDGE & BLAKNEY, P.C.
### Attorneys at Law

David M. Eldridge†
Tasha C. Blakney*
Loretta G. Cravens
Olivia R. Freeman

The Cherokee Building
400 West Church Avenue, Suite 101
Knoxville, TN 37902
• • •
www.eblaw.us

tel: (865) 544-2010
fax: (865) 544-2015
P.O. Box 398
Knoxville, TN 37901

August 11, 2023

**VIA ELECTRONIC FILING**
The Honorable Jill E. McCook
United States Magistrate Judge
United States District Court – E.D. Tenn.
Howard H. Baker, Jr. United States Courthouse
800 Market Street, Suite 142
Knoxville TN 37902

> RE: **R.S. LOGISTICAL SOLUTIONS LTD V. JANUS GLOBAL OPERATIONS, LLC, AND CALIBURN INTERNATIONAL, LLC**
> **UNITED STATES DISTRICT COURT NO. 3:21-CV-178**

Dear Judge McCook:

We write on behalf of Defendants Janus Global Operations, LLC and Caliburn International, LLC (together, "Defendants") in the above-captioned matter, as instructed by the Court to provide an update on the status of the Department of State's ("DOS") review of documents. [Doc. 130].

Since our last report, we spoke with DOS's attorney-advisor regarding the last set of documents returned by DOS for redaction. With that information in hand, we have identified the universe of documents that DOS has instructed Defendants to redact and selected a vendor to perform the redactions. Because of the volume, we cannot accurately estimate how long the redaction process will take, although we are seeking to balance cost with speed to complete the process as efficiently as possible. Once we complete the redaction process, we will transmit a full version of Defendants' production to Plaintiff.

Accordingly, we would respectfully suggest that the Court set the next status report date for August 25, 2023. By that time, Defendants hope to be near completion of the redaction process. In the interim, the parties can discuss, pursuant to the Court's June 23, 2023 Order [Doc. 122], a revised case schedule for the remainder of discovery, as well as other case deadlines.

†Certified in Criminal Trial Advocacy by the National Board of Trial Advocacy
*Rule 31 Listed General Civil Mediator

      With best regards,

      ELDRIDGE & BLAKNEY, P.C.

      */s/ Tasha C. Blakney*

      TASHA C. BLAKNEY

TCB/alw
CC:
Alex Hassid, Esq.
Daniel S. Ward, Esq.